**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **J.C.,**<br>Plaintiff,<br><br>v.<br><br>**WILLIE G'S POST OAK, LLC D/B/A GALVESTON ISLAND HISTORIC PLEASURE PIER AND LANDRY'S ACQUISITION CO. A/K/A LANDRY'S INC.,**<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br><br>No. 3:26-cv-00388<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff J.C., through counsel, files this Certificate of Interested Parties and Disclosure Statement under Federal Rule of Civil Procedure 7.1 and Paragraph 2 of the Court's Order for Conference and Disclosure of Interested Parties (Doc. 5). Plaintiff certifies that the following persons and entities are financially interested in the outcome of this litigation:

1. Plaintiff J.C., an individual identified by her initials;
2. Defendant Willie G's Post Oak, LLC d/b/a Galveston Island Historic Pleasure Pier;
3. Defendant Landry's Acquisition Co. a/k/a Landry's Inc.;
4. Andreozzi + Foote, counsel for Plaintiff; and
5. David A. Nachtigall, Attorney at Law, PLLC, counsel for Plaintiff.

Plaintiff is an individual and not a nongovernmental corporation. Plaintiff therefore has no parent corporation, and no publicly held corporation owns 10% or more of any stock in Plaintiff. Plaintiff will promptly file an amended certificate if new parties are added or if additional persons or entities financially interested in the outcome of this litigation are identified.

Respectfully Submitted,

Dated: November 12, 2026

**DAVID A. NACHTIGALL, ATTORNEY AT LAW, PLLC**

s/ David A. Nachtigall
(Texas Bar No. 24049076; S.D. Tex. Bar No. 1358606)
1545 Heights Blvd., Suite 100
Houston, Texas 77008
Ph: 713.229.0008 | Fax: 713.650.1602
david@dntriallaw.com

**ANDREOZZI + FOOTE**

s/ Nathaniel L. Foote
(S.D. Tex. Bar No. 3937117)
Attorney-in-Charge
4503 North Front Street
Harrisburg, PA 17110
Ph: 717.525.9124 | Fax: 717.525.9143
teama@vca.law

*Attorneys for Plaintiff*